Susan M. Rotkis (AZ: 032866)
*Admitted pro hac vice*
**CONSUMER ATTORNEYS**
2290 East Speedway Blvd.
Tucson, AZ 85716
T: (602) 807-1504
F: (718) 715-1750
E: srotkis@consumerattorneys.com

Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorneys for Plaintiffs,*
*Hala Ahmed and Maali Salim,*
*on behalf of themselves and all similarly situated individuals*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HALA AHMED and MAALI SALIM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TRANS UNION LLC, TRANSUNION RENTAL SCREENING SOLUTIONS, INC. and RENTSPREE, INC., <br><br> Defendants. | Case No.: 8:24-cv-00057-DOC-DFM <br><br> **NOTICE OF SETTLEMENT** |

Please Take Notice, this matter has been settled by compromise in its entirety following a settlement conference facilitated by the Hon. Douglas F. McCormick. The Parties anticipate memorializing the settlement terms in a written agreement and filing a Stipulation of Dismissal within 60 days.

RESPECTFULLY SUBMITTED,

DATED:  December 13, 2024

By: */s/ Susan M. Rotkis*
**CONSUMER ATTORNEYS**
Youssef H. Hammoud (SBN: 321934)
**HAMMOUD LAW, P.C.**
Attorneys for Plaintiffs,
Hala Ahmed and Maali Salim,
on behalf of themselves and all
similarly situated individuals

Dated: December 13, 2024

*/s/Camille Nicodemus*
**QSLWM , P.C**
Attorney(s) for Defendant
Rentspree, Inc.

Dated: December 13, 2024

*/s/Samantha Southall*
**BUCHANAN INGERSOLL & ROONEY LLP**
Attorneys for Defendants,
Trans Union, LLC and Trans Union Rental Screening Solutions, Inc.

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

DATED: December 13, 2024                    By: */s/ Susan Rotkis*
                                                *Attorneys for Plaintiff,*
                                                *Hala Ahmed and Maali Salim*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                    */s/ Roxanne Harris*